FILED

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0463

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0463

_____

CITY OF BOZEMAN,

      Plaintiff and Appellee,

  v.                                 O R D E R

SHEA TARYN SAMPSON,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Shea Taryn Sampson, to all counsel of record, and to the Honorable Andrew Breuner, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2024